NEW-YORK,
Nov. 1809.

HOPKINS
v.
MENDER-
BACK.

HOPKINS *against* MENDERBACK.

A judge of a court of common pleas may take an affidavit to be read in this court, in any county.

STRONG, for the defendant in error, moved, that the *certiorari* in this cause, and the allowance thereof, be vacated for irregularity. It appeared, that the affidavit on which the allowance of the *certiorari* was granted, was made before a judge of the court of common pleas of *Oneida* county, while he was out of his county, to wit, in the county of *Herkimer*. He contended, that a judge of a court of common pleas could do no judicial act out of his county. He cited *Jackson*, *ex dem. Wyckoff*, v. *Humphrey*. (1 *Johns. Rep.* 498.)

*Boyd*, contra.

*Per Curiam.* The judges of the courts of common pleas, are, by statute, *ex officio*, commissioners for taking affidavits to be read in this court. They act, in these cases, as commissioners, and not as judges, and may, therefore, take affidavits in any county.

Rule refused.